**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 07-0051-PHX-SMM |
| Plaintiff, | ) | **PRELIMINARY AND IN COURSE OF TRIAL JURY INSTRUCTIONS** |
| vs. | ) | |
| Carlos Pineda-Lorenzana, | ) | |
| Defendant. | ) | |
| | ) | |

The Court will give the following preliminary jury instructions before the trial commences in order to assist the jury in following the case.

DATED this 11th day of April, 2007.

Stephen M. McNamee
United States District Judge

1  Ladies and gentlemen: You now are the jury in this case, and I want to take a few
2  minutes to tell you something about your duties as jurors and to give you some
3  instructions. These are preliminary instructions. At the end of the trial I will give you
4  more detailed instructions. Those instructions will control your deliberations.

5  You should not take anything I may say or do during the trial as indicating what I
6  think of the evidence or what your verdict should be.

7  ***

8  This is a criminal case brought by the United States government. The government
9  charges the defendant with reentry of a deported alien. The charge against the defendant
10 is contained in the indictment. The indictment is simply the description of the charge
11 made by the government against the defendant; it is not evidence of anything.

12 In order to help you follow the evidence, I will now give you a brief summary of
13 the elements of the crime which the government must prove beyond a reasonable doubt in
14 order for the defendant to be found guilty of that charge:

15 First, the defendant is an alien;

16 Second, the defendant was deported from the United States; and,

17 Third, the defendant knowingly and voluntarily reentered or was found in the
18 United States without having obtained the prior consent of the Secretary of the
19 Department of Homeland Security or of any representative of the department.

20 An alien is a person who is not a natural-born or naturalized citizen or a national of
21 the United States.

22 These instructions are preliminary and the instructions I will give at the end of the
23 case will control.

24 The defendant has pleaded not guilty to the charge and is presumed innocent
25 unless and until proved guilty beyond a reasonable doubt. A defendant has the right to
26 remain silent and never has to prove innocence or present any evidence.

27
28

***

The evidence you are to consider in deciding what the facts are consists of:

(1) the sworn testimony of any witness;

(2) the exhibits which are received into evidence; and

(3) any facts to which all the lawyers stipulate.

***

The following things are *not* evidence, and you must not consider them as evidence in deciding the facts of this case:

1. statements and arguments of the attorneys;
2. questions and objections of the attorneys;
3. testimony that I instruct you to disregard; and
4. anything you may see or hear when the court is not in session even if what you see or hear is done or said by one of the parties or by one of the witnesses.

***

Some evidence is admitted for a limited purpose only. When I instruct you that an item of evidence has been admitted for a limited purpose, you must consider it only for that limited purpose and for no other.

***

Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did. Circumstantial evidence is indirect evidence, that is, it is proof of one or more facts from which one can find another fact. You are to consider both direct and circumstantial evidence. The law permits you to give equal weight to both, but it is for you to decide how much weight to give to any evidence.

***

There are rules of evidence which control what can be received into evidence. When a lawyer asks a question or offers an exhibit into evidence and a lawyer on the

other side thinks that it is not permitted by the rules of evidence, that lawyer may object. If I overrule the objection, the question may be answered or the exhibit received. If I sustain the objection, the question cannot be answered, and the exhibit cannot be received. Whenever I sustain an objection to a question, you must ignore the question and must not guess what the answer would have been.

Sometimes I may order that evidence be stricken from the record and that you disregard or ignore the evidence. That means that when you are deciding the case, you must not consider the evidence which I told you to disregard.

***

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

1. the opportunity and ability of the witness to see or hear or know the things testified to;
2. the witness' memory;
3. the witness' manner while testifying;
4. the witness' interest in the outcome of the case and any bias or prejudice;
5. whether other evidence contradicted the witness' testimony;
6. the reasonableness of the witness' testimony in light of all the evidence; and
7. any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify.

***

Languages other than English may be used during this trial.

The evidence you are to consider is only that provided through the official court interpreters. Although some of you may know the non-English language used, it is important that all jurors consider the same evidence. Therefore, you must base your

- 4 -

1 decision on the evidence presented in the English translation.  You must disregard any
2 different meaning of the non-English words.

3 ***

4 I will now say a few words about your conduct as jurors.

5 Until the trial is over:

6 First, you are not to discuss this case with anyone, including your fellow jurors,
7 members of your family, people involved in the trial, or anyone else, nor are you allowed
8 to permit others to discuss the case with you. If anyone approaches you and tries to talk to
9 you about the case, please let me know about it immediately;

10 Second, do not read any news stories or articles or listen to any radio or television
11 reports about the case or about anyone who has anything to do with it;

12 Third, do not do any research, such as consulting dictionaries, searching the
13 Internet or using other reference materials, and do not make any investigation about the
14 case on your own;

15 Fourth, if you need to communicate with me simply give a signed note to the
16 bailiff to give to me; and

17 Fifth, do not make up your mind about what the verdict should be until after you
18 have gone to the jury room to decide the case and you and your fellow jurors have
19 discussed the evidence. Keep an open mind until then.

20 ***

21 At the end of the trial you will have to make your decision based on what you
22 recall of the evidence. You will not have a written transcript of the trial.  I urge you to pay
23 close attention to the testimony as it is given.

24 ***

25 If you wish, you may take notes to help you remember what witnesses said.  If you
26 do take notes, please keep them to yourself until you and your fellow jurors go to the jury
27 room to decide the case. Do not let note taking distract you so that you do not hear other
28 answers by witnesses. When you leave, your notes should be left in the jury room.

1   Whether or not you take notes, you should rely on your own memory of what was
2   said. Notes are only to assist your memory. You should not be overly influenced by the
3   notes.

4                                              ***

5   The next phase of the trial will now begin. First, each side may make an opening
6   statement. An opening statement is not evidence. It is simply an outline to help you
7   understand what that party expects the evidence will show. A party is not required to
8   make an opening statement.

9   The government will then present evidence and counsel for the defendant may
10  cross-examine. Then, the defendant may present evidence and counsel for the government
11  may cross-examine.

12  After the evidence has been presented, the attorneys will make closing arguments
13  and I will instruct you on the law that applies to the case.

14  After that, you will go to the jury room to deliberate on your verdict.

15                                             ***

16  From time to time during the trial, it may become necessary for me to talk with the
17  attorneys out of the hearing of the jury, either by having a conference at the bench when
18  the jury is present in the courtroom, or by calling a recess. Most often these conferences
19  will involve determination as to whether evidence is admissible under the rules of
20  evidence. It is appropriate to take these matters up outside the presence of the jury.
21  Should I conclude that a more prolonged discussion is necessary, I may excuse you from
22  the courtroom.

23  We will, of course, do what we can to keep the number and length of these
24  conferences to a minimum. I may not always grant an attorney's request for a conference.
25  Do not consider my granting or denying a request for a conference as any indication of
26  my opinion of the case or of what your verdict should be.

27                                             ***

28

-6-

1  We are about to take our first break during the trial and I want to remind you of the
2  instruction I gave you earlier. Until the trial is over, you are not to discuss this case with
3  anyone, including your fellow jurors, members of your family, people involved in the
4  trial, or anyone else, nor are you allowed to permit others to discuss the case with you. If
5  anyone approaches you and tries to talk to you about the case, please let me know about it
6  immediately. Do not read or listen to any news reports of the trial. Finally, you are
7  reminded to keep an open mind until all the evidence has been received and you have
8  heard the arguments of counsel, the instructions of the court, and the views of your fellow
9  jurors.
10  If you need to speak with me about anything, simply give a signed note to the
11  bailiff to give to me.
12  I will not repeat these admonitions each time we recess or adjourn, but you will be
13  reminded of them on such occasions.